NO. 07-07-0337-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

AUGUST 20, 2007

_____


EX PARTE DAVID MARTINEZ

_____

FROM THE COUNTY COURT AT LAW NO. 1 OF LUBBOCK COUNTY;

NO. 2004-490,673-C; HONORABLE LARRY B. "RUSTY" LADD, JUDGE

_____

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**


Appellant, David Martinez, filed a notice of appeal from the trial court's *Order of Contempt*. By letter dated August 2, 2007, this Court directed Appellant to demonstrate on or before August 13, 2007, why this appeal should not be dismissed for want of jurisdiction. Appellant did not respond.

The validity of a contempt order cannot be challenged by direct appeal. *Ex parte Williams*, 690 S.W.2d 243, 243 n.1 (Tex. 1985). *See also Texas Animal Health Com'n v.*

*Nunley*, 647 S.W.2d 951, 952 (Tex. 1983); *Metzger v. Sebek*, 892 S.W.2d 20, 54 (Tex.App.–Houston [1st Dist.] 1994, writ denied), *cert. denied*, 516 U.S. 868, 116 S.Ct. 186, 133 L.Ed.2d 124 (1995). Consequently, this Court has no alternative but to dismiss this appeal.

Patrick A. Pirtle
Justice

Do not publish.